

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00650-CV

**IN THE INTEREST OF A.M.S.**, a Child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02129
Honorable Susan D. Reed, Judge Presiding[1]

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant cannot afford to pay costs of court; no costs are taxed in this appeal.

SIGNED January 9, 2019.

_____
Patricia O. Alvarez, Justice

---

[1] The Honorable Stephani Walsh is the presiding judge of the 45th District Court. The Honorable Susan D. Reed was sitting by assignment.